IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                        CASE NO: 10-51515
                                    )         Chapter 7
Timothy Wayne Gage
                                    )
                                    )
    Debtor(s).                      )         Judge Marilyn Shea-Stonum
                                    )
                                              STATEMENT CONCERNING
                                              PAYROLL ADVICES DUE PUR-
                                              SUANT TO 11 U.S.C. Sec. 521(a)
                                              (1)(B)(iv)

I, Timothy Wayne Gage, under penalty of perjury, state as follows:

   I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

   (Check appropriate box):

   [ ] I was not employed within 60 days immediately preceding the filing of my petition.

   [ ] I was employed within 60 days immediately preceding the filing of my petition but I did not receive any payment advices or other evidence of payment from my employer within that time period.

   [X] I am self-employed and do not receive any evidence of payment from any employer.

   [ ] Other (please explain) _____.

Date: 3/31/10

/s/ Timothy Wayne Gage
_____
Debtor

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by electronic ECF notification, on 4/1/10 to those parties whose names and complete addresses appear below.

/s/ Robert M. Whittington, Jr.

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114